IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VOXER, INC. and VOXER IP LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:20-cv-00011 [ADA] |
| | § | |
| FACEBOOK, INC. and | § | JURY TRIAL DEMANDED |
| INSTAGRAM LLC | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND

Defendants Facebook, Inc. and Instagram LLC, move for a 30-day extension to answer or otherwise respond to Plaintiffs Voxer, Inc. and Voxer IP LLC's Complaint for Patent Infringement (the "Complaint") filed on January 7, 2020.

Defendants' deadline to answer or otherwise respond to the Complaint is currently due on January 29, 2020. With a 30-day extension, Defendants' answer or other response would be due on February 28, 2020. This motion is not brought for the purpose of delay. Rather, this extension is necessary because Defendants have recently retained counsel and, as a result, need additional time to answer or otherwise respond to the Complaint.

Counsel for Defendants has conferred with counsel for Plaintiffs. This motion is unopposed. Accordingly, Defendants Facebook, Inc. and Instagram LLC request the Court grant the foregoing motion and enter an Order extending their deadline to answer or otherwise respond to the Complaint to February 28, 2020.

Dated: January 27, 2020                         Respectfully submitted,

By: */s Michael E. Jones*
Michael E Jones
SBN: 10929400
Patrick C. Clutter
SBN: 24036374
POTTER MINTON, PC

{A07/99999/0007/W1650249.1 }

110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com
patrickclutter@potterminton.com

*Attorneys to appear Pro Hac Vice:*
Robert Van Nest
rvannest@keker.com
Christa Anderson
canderson@keker.com
David Silbert
dsilbert@keker.com
Eugene Paige
epaige@keker.com
Matthew Werdegar
mwerdegar@keker.com
Paven Malhotra
pmalhotra@keker.com
KEKER, VAN NEST & PETERS LLP 633
Battery Street
San Francisco, CA 94111-1809
Tel: 415-391-5400

ATTORNEYS FOR DEFENDANTS
FACEBOOK, INC. and INSTAGRAM LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 27, 2020.

*/s/ Michael E. Jones*