**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| VOXER, INC. AND VOXER IP LLC,<br><br>                Plaintiffs.,<br><br>v.<br><br>FACEBOOK, INC. AND INSTAGRAM LLC,<br><br>                Defendants.. | Civil Action No. 6:20-cv-00011[ADA]<br><br>Jury Trial Demanded |

**DEFENDANTS' OPPOSED MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA OR, IN THE ALTERNATIVE, TO THE AUSTIN DIVISION**

# FILED UNDER SEAL