**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| VOXER, INC. and VOXER IP LLC,<br><br>     Plaintiffs,<br><br> v.<br><br>FACEBOOK, INC. and INSTAGRAM LLC,<br><br>     Defendants. | Case No. 6:20-cv-00011[ADA] |

DECLARATION OF CHRISTA M. ANDERSON
IN SUPPORT OF DEFENDANTS' OPPOSED MOTION TO TRANSFER VENUE

1373334

I, Christa M. Anderson, declare as follows:

1. I am an attorney licensed to practice in the State of California and am a partner at the law firm of Keker, Van Nest & Peters LLP, counsel of record for Defendants (hereinafter "Facebook") in this action. I submit this declaration in support of Defendants' Motion to Transfer Venue to the Northern District of California, or, in the Alternative, to the Austin Division. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them under oath if called as a witness.

2. Attached as **Exhibit A** is a true and correct copy of the Motion to Transfer Venue, Dkt. 19, in *Uniloc USA, Inc. v. VoxerNet, LLC.*, *et al.*, ("*Uniloc*") No. 2:16-cv-00642-JRG (E.D. Tex. Sept. 27, 2016).

3. Attached as **Exhibit B** is a true and correct copy of the Motion to Transfer Venue, Dkt. 15, in *IPVX Patent Holdings, Inc. v. VoxerNet LLC,* ("*IPVX*") No. 6:12-cv-00184-LED (E.D. Tex. June 15, 2012),

4. Attached as **Exhibit C** is a true and correct copy of the Declaration of James T. Panttaja in Support of Defendant VoxerNet LLC's Motion to Transfer Venue, Dkt. 15-1, in *IPVX*.

5. Attached as **Exhibit D** is a true and correct copy of the Declaration of Kristina Hentschel in Support of VoxerNet LLC's Motion to Transfer Venue, Dkt. 19-1, in *Uniloc*.

6. Attached as **Exhibit E** is a true and correct copy of the Order granting transfer, Dkt. 35, in *IPVX*.

7. Attached as **Exhibit F** are true and correct copies of job opening descriptions in Voxer's San Francisco location for a Full Stack Engineer and iOS Engineer, indicating that Voxer's office is in San Francisco, accessed on February 26, 2020 at https://jobs.lever.co/voxer/867ec623-e7c1-4c9a-9932-830fc8f34080 and https://jobs.lever.co/voxer/d54b170a-6fc9-4b25-a636-22dec5c9e414.

8. Attached as **Exhibit G** is a true and correct copy of The Team page, showing the various Voxer employees, accessed on February 26, 2020 at https://www.voxer.com/team.

9.    Attached as **Exhibit H** is a true and correct copy of the attorney bio for James W. Rose, Beyer Law Group LLP, accessed on February 26, 2020 at http://beyerlaw.com/james-w-rose/.

10.   Attached as **Exhibit I** is a true and correct copy of a Westlaw Company Investigation Report for Skype Inc., dated February 26, 2020.

11.   Attached as **Exhibit J** is a true and correct copy of a Westlaw Company Investigation Report for YouTube, LLC, dated February 26, 2020.

12.   A review of data published by Lex Machina, which compiles information from various district courts and comparing time to trial for cases in the Western District of Texas to the Northern District of California, indicates that the median time to trial over the last five years is approximately 619 days for the Western District of Texas versus approximately 739 days for the Northern District of California. Attached as **Exhibit K** is a true and correct copy of that Lex Machina data.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 27, 2020 at San Francisco, California.

*/s/ Christa Anderson*
CHRISTA ANDERSON

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served this _____ day of _____, 2020 with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

/s/ _____
(Insert Name)

1373334