UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Voxer, Inc. and Voxer IP LLC<br><br>    Plaintiffs,<br><br>v.<br><br>Facebook, Inc. and Instagram LLC<br><br>    Defendants. | Civil Action No. 6:20-cv-00011-ADA<br><br>Jury Trial Demanded |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO TRANSFER**

# FILED UNDER SEAL

i