# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

Voxer, Inc. and Voxer IP LLC

      Plaintiffs,

v.

Facebook, Inc. and Instagram LLC

      Defendants.

Civil Action No. 6:20-cv-00011-ADA

Jury Trial Demanded

## AGREED SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Court's March 2, 2020 Order Governing Proceedings – Patent Case (Dkt. No. 31), the Court ORDERS that the following schedule will govern deadlines in this matter:

| Deadline | Item |
| --- | --- |
| April 20, 2020 | Plaintiff serves preliminary infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (*i.e.* the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| June 16, 2020 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s), and (3) summary, annual sales information for the accused product(s) for the prior two years, unless the parties agree to some other timeframe. |

| Deadline | Item |
|---|---|
| June 29, 2020 | Parties exchange claim terms for construction. |
| July 13, 2020 | Parties exchange proposed claim constructions. |
| July 20, 2020 | Parties disclose extrinsic evidence.  The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness.  With respect to any expert identified, the parties shall also provide a summary of the witness's expected testimony including the opinions to be expressed and a general description of the basis and reasons therefore.  A failure to summarize the potential expert testimony in a good faith, informative fashion may result in the exclusion of the proffered testimony.  With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| July 27, 2020 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| August 3, 2020 | Parties file Opening claim construction briefs, including any arguments that any claim terms are indefinite. |
| August 24, 2020 | Parties file Responsive claim construction briefs. |
| September 8, 2020 | Parties file Reply claim construction briefs. |
| September 14, 2020 | Parties submit Joint Claim Construction Statement.  In addition to filing, the parties shall jointly submit, via USB drive, cloud-storage, or email to the law clerk pdf versions of all as-filed briefing and exhibits.  Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. |
| October 9, 2020 9:00 am | *Markman* Hearing. |
| October 16, 2020 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| November 20, 2020 | Deadline to Add Parties. |
| December 4, 2020 | Deadline to serve Final Infringement and Invalidity Contentions.  After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions.  This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |

| Deadline | Item |
|---|---|
| January 4, 2021 | Deadline to amend pleadings.  A motion is not required unless the amendment adds patents or claims. |
| May 7, 2021 | Close of Fact Discovery. |
| May 14, 2021 | Opening Expert Reports. |
| June 11, 2021 | Rebuttal Expert Reports. |
| July 2, 2021 | Close of Expert Discovery. |
| July 9, 2021 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue. |
| July 16, 2021 | Deadline to file a Joint Report re the meet and confer to discuss narrowing the number of claims asserted and prior art references at issue. |
| July 16, 2021 | Dispositive motion deadline and *Daubert* motion deadline. |
| July 30, 2021 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| August 13, 2021 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| August 20, 2021 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| August 27, 2021 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| September 3, 2021 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 3 business days before Final Pretrial Conference | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| September 17, 2021, or as soon as practicable | Final Pretrial Conference.  The Court expects to set this date at the conclusion of the *Markman* Hearing. |
| October 8, 2021, or as soon as practicable | Jury Selection/Trial.  The Court expects to set this date at the conclusion of the *Markman* Hearing. |

ORDERED this __10th__ day of __April_____, 2020.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE