UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Voxer, Inc. and Voxer IP LLC<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Facebook, Inc. and Instagram LLC<br><br>　　　　Defendants. | Civil Action No. 6:20-cv-00011-ADA<br><br>Jury Trial Demanded |

## JOINT MOTION TO AMEND AGREED SCHEDULING ORDER

Plaintiffs Voxer, Inc. and Voxer IP LLC and Defendants Facebook, Inc. and Instagram LLC, by and through their undersigned counsel, hereby respectfully move to amend the Court's Scheduling Order [Dkt. 49] as proposed in the First Amended Agreed Scheduling Order hereby submitted.

The changes requested in this motion are to move (1) Defendants' service of preliminary invalidity contentions; (2) the exchange of claim terms for construction; (3) the exchange of proposed claim constructions; and (4) the parties' disclosure of extrinsic evidence, as shown in the chart below:

| Amended Deadline | Deadline | Item |
|---|---|---|
| July 1, 2020 | June 16, 2020 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101.  Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show |

{A07/10477/0004/W1672502.1 }

| **Amended Deadline** | **Deadline** | **Item** |
|---|---|---|
|  |  | the operation of the accused product(s), and (3) summary, annual sales information for the accused product(s) for the prior two years, unless the parties agree to some other timeframe. |
| July 8, 2020 | June 29, 2020 | Parties exchange claim terms for construction. |
| July 15, 2020 | July 13, 2020 | Parties exchange proposed claim constructions. |
| July 22, 2020 | July 20, 2020 | Parties disclose extrinsic evidence.  The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness.  With respect to any expert identified, the parties shall also provide a summary of the witness's expected testimony including the opinions to be expressed and a general description of the basis and reasons therefore.  A failure to summarize the potential expert testimony in a good faith, informative fashion may result in the exclusion of the proffered testimony.  With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |

All other case deadlines remain unchanged.

Accordingly, the parties respectfully request that the Court enter the First Amended Agreed Scheduling Order as provided for the Court's use.

Dated: May 11, 2020                                              Respectfully submitted,

By: /s/ *Sam Stake, with permission by Michael E. Jones*

Kate Kaufmann Shih (SBN: 24066065)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
711 Louisiana St., Suite 500
Houston, Texas 77002
Telephone: (713) 221-7000
Fax: (713) 221-7100
kateshih@quinnemanuel.com

Kevin P.B. Johnson (Cal. Bar No. 177129)
Robert W. Stone (Cal. Bar No. 163513)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Fax: (650) 801-5100
kevinjohnson@quinnemanuel.com
robertstone@quinnemanuel.com

Sam Stake (Cal. Bar No. 257916)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700
samstake@quinnemanuel.com

J. Mark Mann (SBN: 12926150)
G. Blake Thompson (SBN: 24042033)
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas 75652
Telephone: (903) 657-8540
Fax: (903) 657-6003
mark@themannfirm.com
blake@themannfirm.com

*Attorneys for Plaintiffs Voxer, Inc. and Voxer IP LLC*

By: */s/ Michael E. Jones*

Michael E Jones (SBN: 10929400)
Patrick C. Clutter (SBN: 24036374)
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com
patrickclutter@potterminton.com

Robert Van Nest
rvannest@keker.com
Christa Anderson
canderson@keker.com
David Silbert
dsilbert@keker.com
Eugene Paige
epaige@keker.com
Matthew Werdegar
mwerdegar@keker.com
Paven Malhotra
pmalhotra@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: 415-391-5400

*Attorneys for Defendants Facebook, Inc. and Instagram LLC*

{A07/10477/0004/W1672502.1 }

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on May 11, 2020, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

                                                   */s/ Michael E. Jones*